UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

                Plaintiff,

       v.

95 MP PARKING INC., d/b/a 95 PARKING and
NINETY FIVE WALL STREET LLC,

                Defendants.

No. 22-cv-7964 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 12, 2023, the Court extended the parties' deadline to meet and confer regarding settlement to February 15, 2023. Pursuant to the Court's Order dated October 18, 2022, the parties were also instructed to submit a joint letter, within fifteen days of the meet and confer, requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than April 27, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     April 17, 2023
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge